Matter of Beesley (2026 NY Slip Op 00559)





Matter of Beesley


2026 NY Slip Op 00559


Decided on February 5, 2026


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:February 5, 2026

PM-19-26
[*1]In the Matter of Drew James Beesley, an Attorney. (Attorney Registration No. 5470299.)

Calendar Date:February 2, 2026

Before:Garry, P.J., Ceresia, Fisher, Powers and Mackey, JJ.

Drew James Beesley, Burnaby, British Columbia, Canada, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Drew James Beesley was admitted to practice by this Court in 2016 and lists a business address in British Columbia, Canada with the Office of Court Administration. Beesley now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Beesley's application.
Upon reading Beesley's affidavit sworn to October 29, 2025 and filed January 14, 2026, and upon reading the January 28, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Beesley is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Ceresia, Fisher, Powers and Mackey, JJ., concur.
ORDERED that Drew James Beesley's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Drew James Beesley's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Drew James Beesley is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Beesley is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Drew James Beesley shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









